# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PALM BEACH POLO, INC.,** et al.**,**
Appellants,

v.

**JESSICA SWERDLIN** f/k/a **JESSICA NICODEMO,**
Appellee.

No. 4D22-2890

[May 18, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Harper, Judge; L.T. Case No. 50-2017-CA-003219-XXXX-MB.

Larry A. Zink of Zink, Zink & Zink Co., L.P.A., Hillsboro Beach, for appellants.

Philip M. Burlington, Bard D. Rockenbach and Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, and Elizabeth L. Parker and David George of George Gesten McDonald PLLC, Lake Worth, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***